

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando R. Lopez, Jr.<br><br>Plaintiff,<br>V.<br><br>The United States of America<br><br>Defendant. | Civil Action No. 18cv1365-MMA(WVG)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Lopez's motion to proceed IFP and dismisses this action.

Date: 10/16/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy